PROB 12C
(4/19)

# United States District Court

for

## District of New Jersey

## Amended Petition for Warrant for Individual Under Supervision

**Name of Individual Under Supervision:** Anthony Gaines     **Docket Number:** 17-00309-001
    **PACTS Number:** 2505513

**Name of Sentencing Judicial Officer:**     THE HONORABLE ANNE E. THOMPSON
    SENIOR UNITED STATES DISTRICT JUDGE

**Name of Assigned Judicial Officer**:     THE HONORABLE PETER G. SHERIDAN
    UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 03/05/2018

**Original Offense:**     Counts 1 and 2: Conspiracy to participate in an animal fighting venture, in violation of 18:371;
Count 3: Possession of a dog for purposes of having the dog participate in an animal fighting venture, in violation of 7:2156(b) and 18:49

**Original Sentence:** 42 months imprisonment on Counts 1, 2 and 3, all counts to run concurrently, followed by 36 months of supervised release on Counts 1, 2 and 3, all counts to run concurrently.

**Special Conditions:** Animal Ownership Restrictions, Restrictions on Dog Fighting Participation, Alcohol/Drug Testing and Treatment, Financial Disclosure, Mental Health Treatment, Life Skills/Education, Supporting Dependents

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 09/24/2021

**Assistant U.S. Attorney:** Kathleen Patricia O'Leary, 970 Broad Street, Suite 700, Newark, New Jersey 08107, 973-645-2841

**Defense Attorney:** Vincent James LaPaglia, 51 Newark Street, Suite 308, Hoboken, New Jersey 07030, 201-222-6615

---

### PETITIONING THE COURT

☐ To issue a warrant
☐ To issue a summons
☒ To Amend Petition to include additional offense details and to include Violation #3.

The probation officer believes that the individual under supervision has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'** |

The offense details reflect that on April 14, 2022, a New Jersey State Police Trooper as well as members with the Drug Enforcement Administration conducted surveillance of a residence in Camden, New Jersey. The residence belonged to Heriberto Pellot. It was learned that Mr. Pellot was planning to travel to another state for the purpose of obtaining a large quantity of a controlled substance believed to be fentanyl, for redistribution in Camden. A GPS mobile locator was activated and confirmed that Mr. Pellots's telephone number was pinging in the area of his residence.

During surveillance, law enforcement officials observed a green Buick Regal bearing New Jersey license plates, arrive at the residence. The driver of this vehicle was later identified as Monte Gaines, also known as Anthony Gaines. Mr. Pellot was observed exiting the residence and speaking to Mr. Gaines. Mr. Pellot reentered the residence and later exited same carrying a dark colored bag. He approached a gray Honda Accord bearing New Jersey license plates, registered to Mr. Pellot and reentered the house without the bag.

Meanwhile, Mr. Gaines is observed parking the Buick Regal and entering a GMC Envoy, known to be used by Mr. Pellot. Mr. Pellot enters the Gray Honda Accord and both vehicles depart the area. Surveillance was lost as to the GMC Envoy. Mr. Pellot is observed traveling within Camden before traveling towards the Walt Whitman Bridge. The GPS mobile locator placed Mr. Pellot at the Enterprise Rent-A-Car located at the Philadelphia airport. Over the next few hours, Mr. Pellot was tracked to West Virginia.

Surveillance is established in Beckley, West Virgina. Law enforcement officers observed Mr. Pellot exit the parking lot of Crook Brothers Produce being followed by a black Chevrolet Malibu bearing Pennsylvania license plates. The Malibu was occupied by two females, later identified as Erica and Sheira Sharp. Surveillance was maintained on both vehicles. While traveling through Delaware, the two cars split and took different routes to New Jersey. A traffic stop was conducted by the New Jersey State Police on the Malibu for speeding.

During the traffic stop, Erica Sharp presented a rental agreement for the vehicle showing she rented it earlier that day from the Enterprise Ren-A-Car at the Philadelphia Airport. Erica Sharp declined to provide consent to search the vehicle. A canine service dog conducted an exterior narcotics sniff of the vehicle and alerted to the odor of narcotics within the vehicle. Erica and Sheira Sharp were detained and transported to the NJSP Station in Bellmawr.

Meanwhile, a stop was conducted on the gray Honda Accord being driven by Mr. Pellot. He was arrested on an active warrant. The passenger, Monte Gaines, also known as Anthony Gaines, was also taken into custody. Mr. Pellot declined to provide consent to search the vehicle.

After securing search warrants, the Chevrolet Malibu and the gray Honda Accord were searched. Two packages of suspected controlled dangerous substances each wrapped in black electrical tape were located in the engine compartment of the Chevrolet Malibu. Nothing of an evidentiary value was located within the gray Honda Accord. While the suspected CDS was not field tested due to the significant risk of accidental exposure to potentially deadly and addictive substances contained within the packaging, it was submitted to the NJSP South

Regional Laboratory. As per the case agent, the substance was tested at the laboratory and was determined to be approximately two (2) kilograms of fentanyl.

Anthony Gaines has been charged with possession of a controlled substance/analog; specifically, fentanyl, a third-degree felony; acting as an accomplice of the crime possession with intent to distribute CDS, that is fentanyl in an amount greater than one ounce, a second-degree felony and conspiracy to possess with intent to distribute CDS, that is fentanyl in an amount greater than one ounce, a second-degree felony.

Mr. Gaines is currently in custody at the Salem County Jail.

2   The individual under supervision has violated the standard supervision condition which states **'You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.'**

According to information received from the New Jersey State Police, Mr. Gaines and co-conspirators transported approximately 80 ounces of fentanyl from West Virginia. The substance was to be delivered to Camden, New Jersey for redistribution. Mr. Gaines did not seek permission from the undersigned officer to travel outside of the district.

3   The individual under supervision has violated the standard supervision condition which states **'You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.'**

As noted under Violation #1, on April 14, 2022, Anthony Gaines conspired with co-defendants Shiera Sharp, Erica Sharp and Heriberto Pellot to transport approximately 80 ounces of fentanyl from West Virginia to Camden, New Jersey for redistribution.

Prob 12C – page 4
Anthony Gaines

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*D. Annie Cruz*
By:   D. ANNIE CRUZ
U.S. Probation Officer

/ dac

APPROVED:

*Steve Alfrey*                                      2/3/2023
_____
STEVEN ALFREY                Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐  The Issuance of a Warrant (as recommended by the Probation Office)
☐  The Issuance of a Summons. Date of Hearing: _____.
☐  No Action
☒  Other (To Amend Petition to include additional offense details and to include Violation #3)

_____  Douglas E. Arpert, USMJ
Signature of Judicial Officer

2/6/2023
_____
Date