UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CRIM. NO. 17-00309-001 |
| v. | : | Criminal Matter |
| ANTHONY GAINES, | : | |
| Defendant. | : | **ORDER SETTING CONDITIONS OF RELEASE** |

This matter being opened to the Court by the United States Probation Officer on a Violation of Supervision Report (D. Annie Cruz, U.S. Probation Officer appearing); Ethan Eddy, Assistant Attorney, Dept. of Justice, appearing on behalf of the United States Government and Vincent J. LaPaglia, Esq., appearing on behalf of defendant, Anthony Gaines; and the Court having heard the argument of counsel regarding the issue of release of the defendant pending the hearing on the violation.

IT IS ORDERED on this 6th day of February, 2023, that the defendant be released from detention subject to the following conditions:

(1) The defendant must not violate ay federal, state or local law while on release;

(2) The defendant must immediately advise the Court, defense counsel and the U.S. Attorney in writing of any change of address, telephone number and employment status;

(3) The defendant must report as directed to the State Probation Department;

(4)     The defendant must report weekly as directed to the Federal Probation Department; and it is further

ORDERED that the defendant's conditions of supervised release are otherwise unchanged except as modified by this Order.

_____
HON. DOUGLAS E. ARPERT, USMJ